

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 19 2013
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

CASE NO. 5:13-CV-271 SWW-HDY

I. Parties to Civil Complaint Pursuant to 42 U.S.C. § 1993
In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Marvin J. Humphrey
ADC# 137134 A
Address P.O. Box 500, Grady AR. 71644-0500

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

This case assigned to District Judge Wright
and to Magistrate Judge Young

B. Name of defendant: Corizon Medical Services

Position: Medical Provider Corporation For A.D.C.

Place of employment: Ark. Depart. of Corrections (Cummins Unit)

Address: (To be Provided by A.D.C.) P.O. Box 8707, Pine Bluff, AR. 71644-8707

Name of defendant: Ms. Marie Austin

Position: Former Infirmary Administrator, Cummins Unit Inf.

Place of Employment: Currently Unknown

Address: [To be provided by Corizon Under Seal]

Name of defendant: Ms. Estella Bland

Position: Cummins Unit Infirmary (ANP)/Corizon

Place of Employment: Cummins Unit Inf. ADC

Address: P.O. Box 500 Grady AR. 71644-0500

Name of defendant: Ms. Esaw

Position: Med Product's Coord. etc. /Corizon

Place of Employment: Cummins Unit Inf. ADC

Address: P.O. Box 500, Grady, AR 71644-0500

Name of defendant: Ms. D. Ciecel (Replaced Ms. M. Austin)

Position: Inf. Administrator/Corizon

Place of Employment: Cummins Unit Inf. ADC

Address: P.O. Box 500 Grady, AR 71644-0500

Name of defendant: Mr. Aric Simmons

Position: ANP/ Corizon

Place of Employment: Part time Inf Cummins ADC

Address: [To be provided by Corizon under seal]

Name of defendant: Wendy Kelly

Position: Deputy Director Medial Services

Place of Employment: Pine Bluff Central Officer (A.D.C.)

Address: P.O. Box 8707, Pine Bluff, AR 71611-8707

Name of defendant: Mr. Troy Moore

Position: Former Medial Provider A.D.C. Cummins Unit

Place of Employment: (Currently Unknown)

Address: [To be provided under seal by Corizon Medial]

II. Are you suing the defendants in:

______ official capacity only
______ personal capacity only
XX____ both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ______ No XX

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

Parties to previous lawsuit

Plaintiffs: _NA________________________________

________________________________________________

Defendants: ______________NA__________________________

Court (if federal court, name the district; if state court, name the county):

________________________NA__________________________

Docket Number: ___________NA________________________

Name of judge to whom case was assigned: _________NA__________

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? ____________NA________________________

Approximate date of filing lawsuit: ______NA_________________

Approximate date of disposition: ______NA___________________

IV. Place of present confinement: P.O. Box 500, Grady, AR 71644-0500 [Ark. Dept. Corrections Bks 7-B]

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__________in jail and still awaiting trial on pending criminal charges

XX serving a sentence as a result of a judgment of conviction

__________in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ________________________________

________________________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes XXX No ______

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes XXX No ______

If not, why? ________________________________

________________________________

VII. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

The Prison Litigation Reform Act (PLRA) requires that the Plaintiffs exhaust any available administrative remedies prior to filing such a complaint under a Sect. § 1983 [42 U.S.C. § 1997 (e)(a)] Wherefore the Plaintiff admits that the Arkansas Dept. of Corrections (A.D.C.) does have an Inmate Grievance Procedure [Even though not properly applied by A.D.C.] and that the Plaintiff herein has as of this present filing fully exhausted all said remedies [See Attached].

The Plaintiff (acknowledges) that none of the so named defendants herein are entitled to any form of immunity. Furthermore, so stated that any persons so acting under color of law, or state /or/ Federal protected rights subjected to action under Section 42 U.S.C. § 1983.

Under 42 U.S.C. § 1983, a prisoner may seek redress against any person/persons acting under color of law, when said person/persons deprives said prisoner of any right guaranteed by the Constitution of either The State of Arkansas or the United State, or any State Tort Laws.

[See: Oklahoma v. City of Tuttle, 471 U.S. 808, (1985); McRaven v. Sanders, 577 E. 3d 974 (8Th Cir. 2009); also See: Lyons v. Michigan D.O.C., No 2:08-CV 13631-[ER-VMN]

Be It so stipulated that under, 42 U.S.C. §1983 does provide in pertient part that, "every person who, under color of law, statute, ordinance, regulation, custom, or usage, subjects or causes to be subjected any citizen of the United States, or other persons within the jurisdiction thereof to be deprived of any rights, privileges, or immunities secured by the constitution and laws, "shall" be held liable to the injured party in said action of law puruant to Section 42 U.S.C. § 1983."

Therefore, all herein so named Defendant's, (or) there successors are to be held accountable in their offical as well as personal capacities, for having shown Deliberate Indifference to the serious medical needs of the Plaintiff.

As well as for their gross misuse of power that was/is possessed by each so named Defendant by virtue of constitutional, and state laws, which clothed each with the authority state law as agents of state employees (or sub-contracted employees) or by being employees of CMS/(Formerly Known as)/ Corizon Medial Services.

Statement of Claim: Plaintiff having been received by A.D.C. and given a medical evaluation concerning physical condition /and/ restrictions was documented as being M-3 [See: CHSSO27J; as issued on 11-8-2006 type physical exam.] (Also noted Plaintiff unable to read or write)

Said restrictions were all limited to point of minimuns's from 11/08/06 to 12-31-9999 (or duration of incarceration) to wit: " avoid prolonged crawling, avoid strenous physical activity in excess of '0' hours, no lifting over 19 lbs, or over head work in excess of '0' hours."

Wherefore on 9-7-12, Plaintiff, filed a grievance [CU-12-02188] dealing with having placed numerous requests to Ms. A Esaw's office /also/ Ms L. Matthews office to be interviewed about medical restrictions. As is required all medical scripts must be renewed prior to expiration as well as all medications. Having also placed a sick-call in on 8-30-12, which policy dictated you will be seen within (72) hours. Yet by 9-7-12 had infact not been seen.

A consult to be seen by an Ortopedic Specialist had been submitted and approved yet still not fulfilled. All of which constitute Cruel and Unusual Punishment and Deliberate Indifference, conveyed in 8th Amendment of the United States Constitution. [CU-12-02188 found with merit].

Plaintiff, continued to have problems as to receiving medications, and medical devices i.e. shoes/braces as were ordered supplyed by Dr. B. Crowell Orthopedic Specialist.

The Grievance filed on 10-15-2012 covers said issues of said denials of medications and medical devices. [all of which was ordered on 10-10-12 by Dr. Crowell.]

The medical department responded (Ms. M. Austin) that the specialist Dr. B. Crowell is not a Corizon physician; therefore the recommendations must be reviewed by and implemented by a Unit Provider. Dr. Moore [since terminated due to violation of policy. ( and suspected of not having valid medical licence)] reviewed notes, and stated

he disagreed with orthopedic shoes, and would review medication list prior to implementation of prescriptions. Having reviewed notes & medication on 10-26-12, Dr. Moore ordered medication and Knee (Joint) injection. As of 11-21-12 still had not recieved joint injections nor other medication's i.e. "Tramadol" and found that "Ibuprofen" had in fact been ordered but later changed to "Naproxen." Yet Tramadol and Naproxes refilled on 11-27-17 per Dr. Moore. By 1-23-13 Deputy Director Wendy Kelly noted on Appeal that due to lengthy delay in joint injections and review of medications said complaint was with merit. [See: CU-12-02621].

[See: CU-12-02697] when Plaintiff was cited for failure to show up for appointment then rescheduled was determined by A.D.C. security logs to have been in fact fault of security for failure to call layin in the Barracks where Plaintiff lives.

Plaintiff continued to be refused medications as is clearly shown. [See CU-12-02904] Even after month's on 1-23-13 Deputy Director Wendy Kelly confirm's that there is <u>no</u> electronic record of any meds having been ordered as Mr. Aric Simmon (APN) or Dr. Moore have eluded to. Wherefore grievance was once again found to be with merit.

All of the foregoing information in conjecture with Plaintiff having previously been M-3 with all afore stated restrictions, to only have said restrictions and medical class changed to M-2 with-out a proper physical lead to Deliberate Indifference to serious medical needs.

Plaintiff, has attempted to follow all medical orders and/or restrictions, but Dr. Moore, Ms. Estella Bland, (ANP), Mr. Aric Simmons, (ANP); Dr. B. Crowell, Orthopedic Specialist and others as so named as Defendants are all liable for damages.

Plaintiff has had knee braces ordered for both knees. [Braces ordered by Ms. A Esaw] upon arrival both knee braces were determined to be to small, yet as of this date Ms. A. Esaw has refused to reorder in order to cut cost at direction of Corizon Medical. Since having changed from C.M.S. to Corizon [In fact are sam corporations just different logo].

Corizon Medical has been shown by cases not only here in A.D.C. but in various other states as well to show Deliberate Indifference, Tort of Outrage and total disregard for value of human life. As is shown in Fields -v- Corizon (Florida) Policy which is

practiced by Corizon of cutting cost's at the expense of prisoners medical conditions clearly violates the (8th) Eighth Amendment of The United States Constitution.

In Langford and Hardin, supra, 614 F.3d 455 (8th Cir. 2010) "The facts must be construed in light most favorable to the Plaintiff. Which when all facts are reviewed the Plaintiff's evidence [if an evidentiary hearing is held] will prove each and every element of claims as will prove the established violations of constitutional laws [See: Crooks v. Nix, 872 F. 3d 800 (1989); Boyd v. Knox, 47 F.3d 969 (1995); and Logan v. Clark, 118 F.3d 647 (1997).

The Defendants total disregard for Plaintiffs well being are clearly deliberate indifference to the Plaintiffs "serious medical needs," and give rise to intentional infliction of pain, and of emotional stress otherwise known as "Tort of outrage."

The U.S. District Court Eastern District of Arkansas as stated in Langford, supra, States, "that any subcontracted Doctor or otherwise consulted physician shall be held liable as just that an emploee of State/Corizon Medical."

"CONCLUSION"

The Plaintiff has suffered far too long by the Deliberate Indifference from the Defendants for serious medical needs and if this Honorable Court will review the facts it will see that "yes" this Court has full jurisdiction over all subject matter herein as Plaintiff asserts in said claim.

And given a evidentary hearing Plaintiff will prove with out a doubt that the Defendants are liable for all damages pursuant to 42 U.S.C. § 1983 Civil Litigation. The forced use of Prison Grievance procedures has not corrected or remedied said problems thus far. And due to use of Grievance Procedures has resulted in retaliation by Defendants in further delaying of medical care.

Plaintiff has clearly established the principle of the Eighth (8th) Amendment jurisprudence. [See Miller v. supra 75 F. 3d at 1308; Crooks, supra 872 F. 2d at 804, Messimer, 702 F. 2d at 732]. The Plaintiff prays that this Honorable Court will take into

consideration that Plaintiff can not read nor write, and has relied upon prisoner paralegal for assistance. [complaint read to and agreed to by Plaintiff.] as well as Plaintiff is not able to properly defend himself in Court, whereby requests the appointment of counsel.

VIII. Relief Sought:

A.) The Plaintiff seeks from all Defendants Collectively the amount of ($100,000.$^{00}$ each.) total of $700,000.$^{00}$ (Seven Hundred Thousand Dollars) for Punitive Damages.

B.) And Plaintiff seeks in the form of compensatory damages the amount collectively of $2.5 (Two Million/Five Hundred Thousand Dollars).

C.) Any and all other relief under whihc this Honorable Court may deem appropriate.

I, Marvin J. Humphrey A.D.C. # 137134 do so declare under penalty of perjury (18 U.S.C. § 1621) that to the best of my knowledge the foregoing is true and correct.

Executed on this 15 day of August, 2013.

Marvin J Humphrey

Marvin J. Humphrey
Plaintiff-Pro-Se
A.D.C. #137134 Bks # 7-B
P.O. Box 500
Grady, AR 71644-0500

Wednesday November 08, 2006
04:36:10 PM

CHSS027J

# Condensed Health Services Encounter

**ADC#:** 137134A **Inmate Name:** Humphrey, Marvin J.

**ADC#:** 137134A **Inmate Name:** Humphrey, Marvin J.
**ENCOUNTER DATE:** 11/08/2006 **TIME:** 04:26:37 PM **DURATION:** minutes **TYPE:** Physical Exam
**LOCATION:** Diagnostic New Comm. [D04] **SETTING:** Health Services Office

S **NOTES:** Inmate is undergoing an initial assessment during the reception process.

O **NOTES:** Vital signs were taken and all readings were within normal limits.

A **NOTES:** Inmate seems to have no emergency health needs.
**STANDARD FORM:** Physical Examination

P **DRUG PRESCRIPTION:** Albuterol inhaler/17 g inhaler
**EFFECTIVE DT:** 11/08/2006 **RT:** IH **DOSE:** 2 inh **STRENGTH:** 1 **METHOD:** Unit Dose
**FREQ:** TIDPRN **FOR:** 30 DAYS **EXPIRATION DATE:** 12/09/2006 **REFILLS:** 0 **STATUS:** Ordered

**DRUG PRESCRIPTION:** Naproxen/500 mg tablet
**EFFECTIVE DT:** 11/08/2006 **RT:** PO **DOSE:** 1 **STRENGTH:** 500mg **METHOD:** Unit Dose
**FREQ:** BIDPRN **FOR:** 30 DAYS **EXPIRATION DATE:** 12/09/2006 **REFILLS:** 0 **STATUS:** Ordered

**WAIVERS / RESTRICTIONS:** Avoid Prolonged Crawling, etc **UNTIL:** 12/31/9999 ✓
Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing.

**WAIVERS / RESTRICTIONS:** Avoid Strenuous Physical Acty **UNTIL:** 12/31/9999 ✓
Restrict assignment requiring strenuous physical activity for periods in excess of 0 hours.

**WAIVERS / RESTRICTIONS:** Avoid Heavy Lifting **UNTIL:** 12/31/9999 ✓
Restrict assignment requiring handling, lifting of heavy materials in excess of 19 lbs or requiring overhead work for a period in excess of 0 hours.

**WAIVERS / RESTRICTIONS:** Loss of Consciousness **UNTIL:** 12/31/9999 ✓
Restrict assignment where sudden loss of conciousness would be dangerous to self or others such as scaffolding, driving a vehicle, or near moving machinery.

**WAIVERS / RESTRICTIONS:** Other Restrictions **UNTIL:** 12/31/9999 ✓
Other: Bottom floor/bunk

**NOTES:** 1. MSF 207 - may come to infirmary PRN shortness of breath, may have updraft PRN x 30 days. 2. Pt. unable to read or writs.

E **NOTES:** Gave the inmate verbal instructions regarding the medical treatment that he/she is being given.

**RESTRICTION NOTES:** M3 - also unable to read or write

**STAFF:** Johnston, Rebecca, RNP

RJ

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

APR 15 2010

HEALTH & CORRECTIONAL PROGRAMS

IGTT420
3GH

Attachment IV

INMATE NAME: Humphrey, Marvin J. ADC #: 137134A GRIEVANCE #: CU-12-02188

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) You grieve you have put in 2 requests to have your restrictions renewed. You state you were supposed to see the orthopedic doctor but have not.

Your medical restrictions were renewed 8/16/12 and are good for one year. They are in eOMIS and accessible by any officer. This part of your grievance is without merit. You also state you were to see the orthopedic doctor but have not. I researched and found you had a consult approved to see the orthopedic doctor and had an appointment on 6/20/12. I see no evidence you were seen. I am forwarding this information to Ms. Austin so she can schedule you as soon as possible. This part of your grievance is with merit.

Signature of Health Services Administrator/Mental Health Supervisor or Designee

HSA
Title

10/1/12
Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Inmate Signature ADC# Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
RECEIVED
GRV. # CU-12-02188
Date Received: SEP 10 2012
GRV. Code #: 400
CUMMINS UNIT
GRIEVANCE OFFICE

**Unit/Center** Cummins unit

**Name** MARVIN Humphrey

**DC#** 137134 **Brks #** 7-B **Job Assignment** inside Lawn

9-7-12 (Date) STEP ONE: Informal Resolution

9-7-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: This matter has Not been Resolved.

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ____________

*Is this Grievance concerning (Medical) or Mental Health Services?* yes *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I have put in two REQUEST For interview to Mrs. Mathews for my Medical Restrictions. Forone I have a knee brace and a Cane and no stair/Low tier/ low Rack. allso I have Medicate that Need too be Renew. And I done Dropped a Sickcall on 8-30-12 and have NOT Ben seen. I Need too get this takeing Care of allso I have ORTHOPEDIC DOCTOR CONSULT. I am beening Medical Neglect and this Cruel and unusual punishment by Medical staff menbers.

Marvin Humphrey 9-7-12
Inmate Signature Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 9/7/2012 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: Mary Searcy Date 9-7-12

James Thurman, Jr 49564
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: Script Being mailed to you. ms. [illegible] will check on your ortho consult & we will let you know. — [illegible] Mathews RN 9/7/12

[signature] 9-7-12 [signature] Humphrey 137134 9-7-12
Staff Signature & Date Returned Inmate Signature & Date Received

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? ______ (Yes or No).
Staff Who Received Step Two Grievance: ____________ Date: ________
Action Taken: ____________ (Forwarded to Grievance Officer/Warden/Other) Date: ________
If forwarded, provide name of person receiving this form: ____________ Date: ________

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Gibson, April Dyann TITLE: Administrative Specialist I
DATE: 09/10/2012 GRIEVANCE #: CU-12-02188

Please be advised, I have received your Grievance dated 09/07/2012 on 09/10/2012 .
You should receive communication regarding the Grievance by 10/08/2012

Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

- This Grievance will be adressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [x] This Grievance has been determined to be an emergency situation, as you so indicated.
- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

IGTT430
3GD

Attachment VI

INMATE NAME: Humphrey, Marvin J. ADC #: 137134 GRIEVANCE#:CU-12-02621

October 15, 2012, you grieved you have not received the orthopedic shoes and medication recommended by Dr. Crowell.

The medical department responded, "Records reflect you were seen by Dr Crowell on 10-10-12 and he recommended orthopedic shoes, Tramadol and Naproxen. The specialist is not a Corizon physician; therefore, the recommendation must be reviewed and implemented by a unit provider. Dr Moore reviewed the notes on 10-10-12 and indicated that he did not agree with orthopedic shoes and would review your medication list prior to implementation of prescriptions. You were seen by Dr Moore on 10-26-12, his notes indicate he would order medications and schedule a joint injection. I find no indication this has occurred. We regret the delay in this process and you will be scheduled for a follow up with Dr Moore. Your grievance has merit but is resolving."

You disagree with this response in your November 23 appeal because you still are not getting any medicine and Dr. Moore told you to buy a pair of shoes from the commissary. You want to know why you were sent to Dr. Crowell if he cannot write orders and why did he perform your second knee surgery.

As noted above, Dr. Crowell is not a Corizon physician and his recommendations must be reviewed and implemented by a provider. Although Dr. Moore did not approve the recommendation for orthopedic shoes, on October 26 he noted he would schedule the knee injection and order medication. On November 21, Mr. Simmons documented he spoke with Dr. Moore and he was waiting for supplies for your planned knee injection, and that he intended to start you on Tramadol for pain management. He ordered Ibuprofen, but that order was changed to Naproxen. Tramadol and Naproxen were refilled on November 27 per Dr. Moore. Dr. Moore noted he would renew your Tramadol on January 10, 2013; however, there is no order for that date in your electronic record. There is no documentation you have received the knee injection in your electronic record.

Due to the delay in your knee injection and review of your medications, your appeal is with merit. My staff contacted your unit and advised them there is no documentation of the steroid injection for your knee and requested this be reviewed by a provider as soon as possible.

Wendy Kelley
Director

1/21/13
Date

IGTT420
3GH

BK7 BK

Attachment IV

INMATE NAME: Humphrey, Marvin J. ADC #: 137134A GRIEVANCE #: CU-12-02621

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) Your 10-19-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided for you.
You state you have not received the orthopedic shoes with arch support and ankle support or the steroid shot Dr Crowell ordered on 10-10-12
Records reflect you were seen by Dr Crowell on 10-10-12 and he recommended orthopedic shoes, Tramadol and Naproxen. The specialist is no a Corizon physician; therefore, the recommendation must be reviewed and implemented by a unit provider. Dr Moore reviewed the notes on 10-10-12 and indicated that he did not agree with orthopedic shoes and would review your medication list prior to implementation of prescriptions. You were seen by Dr Moore on 10-26-12, his notes indicate he would order medications and schedule a joint injection. I find no indication this has occurred. We regret the delay in this process and you will be scheduled for a follow up with Dr Moore. Your grievance has merit but is resolving.

Marie Austin

RECEIVED-DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION
DEC 4 2012
HEALTH & CORRECTIONAL PROGRAMS

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Marie E Austin — Title | 11/20/2012 — Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? If Dr. Cowell didn't have any say in my heal[th]care. Then Why did the cummins unit INfirmary have too send me out to Dr. Cowell for a consult [an]d Dr. crowell order me tramadol and Naproxen. which Dr. moore said He was going to order [th]e medications. I'm still Not geting any medications, and Dr. moore told me to Buy Pair Shoes off [th]e commissary. Which comminsary doesn't carry orthopedic shoes with these Requirment which is [or]thopedic shoes with arch support and Ankle sopport. If Dr. Cowell is Not a corizon [p]hysicien then Why has he done #2 knee surgery on my Left Knee Since I have [b]een here. so He got to work for some one.

Marvin Humphrey — Inmate Signature | 137134 — ADC# | 11-23-12 — Date

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Mizell, Jimmy E TITLE: ADC Inmate Grievance Coord
DATE: 10/22/2012 GRIEVANCE #: CU-12-02621

Please be advised, I have received your Grievance dated 10/15/2012 on 10/22/2012.
You should receive communication regarding the Grievance by 11/20/2012

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ( ) This Grievance will be adressed by the Warden/Center Supervisor or designee.
- (•) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [ ] This Grievance has been determined to be an emergency situation, as you so indicated.
- ( ) This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL or REJECTION OF APPEAL

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Kelley, Wendy L TITLE: Deputy Director
RE: Receipt of Grievance CU-12-02621 DATE: 12/04/2012

B1C/B47

Please be advised, the appeal of your grievance dated 10/15/2012
was received in my office on this date 12/04/2012

**You will receive communication from this office regarding this Grievance by** 01/18/2013

- ☐ The time allowed for appeal has expired
- ☐ The matter is non-grievable and does not involve retaliation:
  - ☐ (a) Parole and/or Release matter
  - ☐ (b) Transfer
  - ☐ (c) Job Assignment unrelated to medical restriction
  - ☐ (d) Disciplinary matter
  - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☐ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
  - ☐ (a) Unit Level Grievance Form (Attachment 1)
  - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☐ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Mizell, Jimmy E TITLE: ADC Inmate Grievance Coord
DATE: 10/22/2012 GRIEVANCE #: CU-12-02621

Please be advised, I have received your Grievance dated 10/15/2012 on 10/22/2012 .
You should receive communication regarding the Grievance by 11/20/2012

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ( ) This Grievance will be adressed by the Warden/Center Supervisor or designee.
- (•) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [ ] This Grievance has been determined to be an emergency situation, as you so indicated.
- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

ADDITIONAL DOCUMENTS & DUPLICATES WILL NOT BE CONSIDERED AS PART OF YOUR APPEAL

RECEIVED-DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION
DEC 4 2012
HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV. # CU 12-0262
Date Received: ______
GRV. Code #: ______

**Unit/Center** Cummins
**Name** Marvin Humphrey
**ADC#** 137134 **Brks #** 7B **Job Assignment** inside lawn

10-15-12 (Date) STEP ONE: Informal Resolution

________ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: ______

________ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ______

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On the 10-10-2012, I went on a gate pass to Malvern to see orthopedic Doctor. His Name was Dr. Crowell, and He order me orthopedic Shoes whith Archsupport and Ankle support and Medicate for me which is a Stairolde shoot for Knee and tremadat and a Stairolde pill. I been Fiveday and have NOT received response from any boby in the Infirmary. so who take care of doctor order as they comein from gate pass. am in pain. Sent ms. Esaw a Request for Interview about this Madder.

Think you

ADDITIONAL DOCUMENTS & DUPLICATES WILL NOT BE CONSIDERED AS PART OF YOUR APPEAL

Marvin Humphrey
Inmate Signature

10-15-2012
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 10-15-12 (date), and determined to be Step One and/or an Emergency Grievance yes (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 10-15-12

Co' Warren | 92751 | Co' Warren | 10-15-12
**PRINT** STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received

Describe action taken to resolve complaint, including **dates**: I will schedule you to see Dr more, next week Dr consultation of shoes — orthotics fr 10/19/12

[signature] 10-19-12
Staff Signature & Date Returned

[signature] 10-19-12 137134
Inmate Signature & Date Received

This form was received on ______ (date), pursuant to **Step Two**. Is it an Emergency? ______ (Yes or No).
Staff Who Received Step Two Grievance: ______ Date: ______
Action Taken: ______ (Forwarded to Grievance Officer/Warden/Other) Date: ______
If forwarded, provide name of person receiving this form: ______ Date: ______

RECEIVED DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION DEC 4 2012 HEALTH & CORRECTIONAL PROGRAMS

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV #: CU12002737
Date Received: NOV 01 2012
GRV. Code #: 6

Unit/Center Cummins unit
Name Marvin Humphrey
ADC# 137134 Brks # 7-B Job Assignment Inside hoe
10-30-12 (Date) STEP ONE: Informal Resolution
10-31-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This didn't answer the issue that he is denying Dr Crowells orders he is only obeying one he still not ordering shoes
_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ____________

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 10-10-12 I went to see Dr. Crowell a specialist in orthopedics. He examined my left knee and ordered some tremadal and orthopedics shoes and steroide shots for my left knee and other medication for me. And on 10-26-12 I was seen by Dr. moore and talked to him about what Dr. crowell said at my consult. Dr. moore said he was not going to order my orthopedic shoes that he disagrees with Dr. Crowell. But he agreed to the steroid shots and pain medication. But no orthopedic shoes because he didn't think it was necessary at this point of time. He told me to buy a pair off commissary. But commissary does not sale orthopedic shoes. When Dr. moore refused treatment to me it is a violation to my rights when the Dr. Crowell a specialist order treatment and shoes for me. So this is a "serious medical need exists if the failure to treat the need could result in further significant injury or unnecessary a wanton infliction of pain. So this is cruel and unusual punishment and as to this point I still havent recieved any pain medication as of

RECEIVED DEPUTY DIRECTOR ... OF CORRECTION DEC 11 2012

Marvin Humphrey 10-30-12
Inmate Signature Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designe***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 10-30-12 (date), and determined to be **Step One** and/or an Emergency Grievance _______ (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 10-30-12

Dennis Goins 5473 Dennis Goins 10-30-12
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: Your visit c Dr moore 10/26/12 concern your knee pain, He states He Is going to order meds & scheduling Joint Injection. He Discussed weight loss c you. You will be rescheduled when He Is ready to proceed with the Joint Injection. [signature] 10/30/12

Staff Signature & Date Returned [signature] 10-31-12 Inmate Signature & Date Received

This form was received on _______ (date), pursuant to **Step Two**. Is it an Emergency? _______ (Yes or No).
Staff Who Received Step Two Grievance: [signature] Date: _______
Action Taken: _______ (Forwarded to Grievance Officer/Warden/Other) Date: _______
If forwarded, provide name of person receiving this form: _______ Date: _______

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

BY 8/4/17

Attachment IV

INMATE NAME: Humphrey, Marvin J. ADC #: 137134A GRIEVANCE #: CU-12-02737

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) Your 10-31-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you.

You state you have not received your orthopedic shoes, steroid shot and other medications that Dr Crowell ordered for you.

The specialist is not a Corizon physician; therefore, the recommendation must be reviewed and implemented by a unit provider. Dr Moore reviewed the notes on 10-10-12 and indicated that he did not agree with the recommendation for orthopedic shoes and would review your medication list prior to implementation of prescriptions. On 11-27-12 Dr Moore ordered Naproxen and Tramadol and noted he has ordered the supplies for your steroid injection. This issue of shoes, medications and a steroid injection were addressed on 11-20-12 in grievance CU-12-02621; therefore this grievance is without merit.
If your medical condition changes please address any concerns through the sick call process.

I do Not have this grievance. M.H. 137134

Marie Austin

Signature of Health Services Administrator/Mental Health Supervisor or Designee

| Marie E Austin | 12/04/2012 |
|---|---|
| Title | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION

DEC 11 2012

HEALTH & CORRECTIONAL PROGRAMS

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I still have Not had a steroid injection. on the shoes, Dr. moore told me to buy a pair off the Comminsary becuse they had a budgetary minimizes treatment provided to inmates yet maximizes profits incured when Dr. moore denies me othopedic shoes. which is a prescribe treatment By Dr. Crowell that why I was sent to him ox O.R.C.U At ~~malvern~~ Malvern AR. I don't ~~think~~ ~~think~~ thin Dr. moore is Qualifyed to treatment

| Marvin Humphrey | 137134 | 12-04-12 |
|---|---|---|
| Inmate Signature | ADC# | Date |

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Hall, Lisa Renee TITLE: ADC Inmate Grievance Coord
DATE: 11/01/2012 GRIEVANCE #: CU-12-02737

Please be advised, I have received your Grievance dated 10/30/2012 on 11/01/2012.
You should receive communication regarding the Grievance by 12/04/2012

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ( ) This Grievance will be adressed by the Warden/Center Supervisor or designee.
- (•) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ( ) This Grievance has been determined to be an emergency situation, as you so indicated.
- ( ) This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

IGTT430
3GD

Attachment VI

INMATE NAME: Humphrey, Marvin J. ADC #: 137134 GRIEVANCE#:CU-12-02737

October 30, 2012, you grieved you have not received your orthopedic shoes, steroid shot and other medications that Dr Crowell ordered for you.

This is a duplicate of CU-12-02621, refer to that response. Duplicate grievances are without merit.

Wendy Kelley
Director

1/21/13
Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV. CU-12-2673
Date Received: OCT 2 6 2012
GRV. Code#: 6

Rejected: duplicate of CU-12-02621

Unit/Center Cummins

Name Marvin Humphrey 12BK

ADC# 137134 Brks # 7B Job Assignment inside Lawn

10-15-12 (Date) STEP ONE: Informal Resolution

10-25-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: ~~Did Not~~ They Retunt on the 10-19-12. It did Not Happing, was Not seen

________ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ________

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one:* medical *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On the 10-10-2012. I went on a gate pass to Malvern to see orthopedic Doctor. His Name was Dr. Crowell, and He order me orthopedic Shoes whith Archsupport and Ankle support and Medicate for me which is a Stairoide ~~shot~~ shoot for Knee (L) and tremadat and a Stairolde pill. I been Fiveday and have Not received response from any boby in the Infirmary. So who take care of doctor order as they comein from gate pass. am in pain. sent ms. Esaw a Request For Interview about this ~~~~ Madder.

Think you

Marvin Humphrey
Inmate Signature

10-15-2012
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 10-15-12 (date), and determined to be **Step One** and/or an Emergency Grievance yes (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: [illegible] Date 10-15-12

| Co' Warren | 92754 | Co' Warren | 10/15/12 |
|---|---|---|---|
| **PRINT** STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received |

Describe action taken to resolve complaint, including **dates**: I will schedule you to see Dr moore, next week for consultation, of shoes. — [illegible] 10/19/12

L C Jackson 10-19-12
Staff Signature & Date Returned

Marvin Humphrey 10-19-12 137134
Inmate Signature & Date Received

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? ________ (Yes or No).
Staff Who Received Step Two Grievance: ________ Date: ________
Action Taken: ________ (Forwarded to Grievance Officer/Warden/Other) Date: ________
If forwarded, provide name of person receiving this form: ________ Date: ________

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Hall, Lisa Renee TITLE: ADC Inmate Grievance Coord
DATE: 10/26/2012 GRIEVANCE #: CU-12-02673

Please be advised, I have received your Grievance dated 10/15/2012 on 10/26/2012 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ☐ This Grievance will be adressed by the Warden/Center Supervisor or designee.
- ☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.
- ☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ☒ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of CU-12-02621, or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL or REJECTION OF APPEAL

BK 7/B47

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Kelley, Wendy L TITLE: Deputy Director
RE: Receipt of Grievance CU-12-02737 DATE: 12/11/2012

Please be advised, the appeal of your grievance dated 10/30/2012 was received in my office on this date 12/11/2012

**You will receive communication from this office regarding this Grievance by** 01/28/2013

- ☐ The time allowed for appeal has expired
- ☐ The matter is non-grievable and does not involve retaliation:
  - ☐ (a) Parole and/or Release matter
  - ☐ (b) Transfer
  - ☐ (c) Job Assignment unrelated to medical restriction
  - ☐ (d) Disciplinary matter
  - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☐ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
  - ☐ (a) Unit Level Grievance Form (Attachment 1)
  - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☐ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious

IGTT400
3GR

Attachment II

## ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Hall, Lisa Renee TITLE: ADC Inmate Grievance Coord
DATE: 11/01/2012 GRIEVANCE #: CU-12-02737

Please be advised, I have received your Grievance dated 10/30/2012 on 11/01/2012 .
You should receive communication regarding the Grievance by 12/04/2012

Signature of ADC Inmate Grievance Coord

### CHECK ONE OF THE FOLLOWING

- ( ) This Grievance will be adressed by the Warden/Center Supervisor or designee.
- (•) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [ ] This Grievance has been determined to be an emergency situation, as you so indicated.
- ( ) This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

### INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

ADDITIONAL DOCUMENTS & DUPLICATES WILL NOT BE CONSIDERED AS PART OF YOUR APPEAL

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
DEC 11 2012
HEALTH & CORRECTIONAL PROGRAMS

ADDITIONAL DOCUMENTS & DUPLICATES WILL NOT BE CONSIDERED AS PART OF YOUR APPEAL

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 11 2012

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

INMATE NAME: Humphrey, Marvin J. ADC #: 137134 GRIEVANCE#:CU-12-02697

October 25, 2012, you grieved you were on lay-in for Dr. Moore and never got called on October 24 to talk about the consult and renew QVAR.

The medical department responded, "Per Dr Moore's notes you did not show up for your appointment. You were rescheduled and seen on 10-26-12 for your knee pain. Dr Moore informed you of his plan for treatment. The necessary supplies for knee injection have been received and you will be scheduled. Your grievance is without merit."

You disagree with this response in your December 1 appeal because you were called on October 26 to order your QVAR, but it was never ordered and you still have not had your knee injection.

Dr. Moore noted you did not show up for your appointment on October 24 and you were rescheduled and seen on October 26. There is no documentation you requested a QVAR inhaler during that encounter. Estella Bland, APN, ordered a QVAR inhaler on December 14 following a recommendation by Dr. Floss, the Regional Medical Director. The steroid injection to your knee was addressed in CU-12-02621 and found with merit.

This appeal is without merit as you were rescheduled and seen on October 26.

Wendy Kelley
Director

1/21/13
Date

BK / B4

IGTT420
3GH

Attachment IV

INMATE NAME: Humphrey, Marvin J. ADC #: 137134A GRIEVANCE #: CU-12-02697

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(618) Your 10-26-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you. You state you were on the lay in for 10-24-12 to see Dr Moore but you were never called out Per Dr Moores notes you did not show up for your appointment. You were rescheduled and seen on 10-26-12 for your knee pain. Dr Moore informed you of his plan for treatment. The necessary supplies for knee injection have been received and you will be scheduled. Your grievance is without merit.

Marie Austin

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Marie E Austin | 11/29/2012 |
|---|---|---|
| | Title | Date |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I was call on 10-26-12 to order my AVAR But was neve order and Knee injection still has Not Been done as of 12-01-12. They allway makeing excuses This is NOT rigth.

| Marvin Humphrey | 137134 | 12-01-12 |
|---|---|---|
| Inmate Signature | ADC# | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 12 2012

HEALTH & CORRECTIONAL PROGRAMS

RECEIVED
GRV. # CU-12-02697
OCT 29 2012
Date Received:
CUMMINS UNIT
GRV. Code #: 600

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

**Unit/Center** Cummins

**Name** Marvin Humphrey

**ADC#** 137134 **Brks #** 12-A **Job Assignment** inside Lawn

10-24-12 (Date) STEP ONE: Informal Resolution

10-26-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: ~~At this point I am~~ I seen Dr. Moore on the 10-26-12. He told me to put in sick call this is not ...

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I was Lay in for Dr. Moore. Never Call out for this Lay in. This was on the 10-24-12. This was to talk about the Consult ~~and my~~ QVAR to get Renew.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
DEC 12 2012
HEALTH & CORRECTIONAL PROGRAMS

Marvin Humphrey — Inmate Signature    10-25-12 — Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 10-25-12 (date), and determined to be **Step One** and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: ~~Richard Williams~~ Date ~~10-25-12~~ 10-25-12

Richard Williams — **PRINT** STAFF NAME (PROBLEM SOLVER)    93049 — ID Number    Richard Williams — Staff Signature    10-25-12 — Date Received

Describe action taken to resolve complaint, including **dates**: We will schedule you to be seen next week for consult of inhaler.
[illegible] 10/26/12

[illegible] 10/26/12 — Staff Signature & Date Returned    X Marvin Humphrey 10-26-12 — Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Gibson, April Dyann TITLE: Administrative Specialist l
DATE: 10/29/2012 GRIEVANCE #: CU-12-02697

Please be advised, I have received your Grievance dated 10/24/2012 on 10/29/2012 .
You should receive communication regarding the Grievance by 11/29/2012

Signature of Administrative Specialist l

## CHECK ONE OF THE FOLLOWING

- This Grievance will be adressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.
- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL or REJECTION OF APPEAL

8K7
849

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Kelley, Wendy L TITLE: Deputy Director
RE: Receipt of Grievance CU-12-02697 DATE: 12/12/2012

Please be advised, the appeal of your grievance dated 10/24/2012 was received in my office on this date 12/12/2012

**You will receive communication from this office regarding this Grievance by** 01/29/2013

- ☐ The time allowed for appeal has expired
- ☐ The matter is non-grievable and does not involve retaliation:
  - ☐ (a) Parole and/or Release matter
  - ☐ (b) Transfer
  - ☐ (c) Job Assignment unrelated to medical restriction
  - ☐ (d) Disciplinary matter
  - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☐ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
  - ☐ (a) Unit Level Grievance Form (Attachment 1)
  - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☐ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious

618

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Gibson, April Dyann TITLE: Administrative Specialist I
DATE: 10/29/2012 GRIEVANCE #: CU-12-02697

Please be advised, I have received your Grievance dated 10/24/2012 on 10/29/2012 .
You should receive communication regarding the Grievance by 11/29/2012

Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

- This Grievance will be adressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.
- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

ADDITIONAL DOCUMENTS & DUPLICATES WILL NOT BE CONSIDERED AS PART OF YOUR APPEAL

RECEIVED-DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION

Inmate Signature ADC # Date

DEC 12 2012

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

INMATE NAME: Humphrey, Marvin J. ADC #: 137134 GRIEVANCE#:CU-12-02904

November 16, 2012, you grieved you were scheduled to see Dr. Moore, but he left the building. You claim that you still do not have any medicine.

The medical department responded, "You were scheduled to see Dr Moore on 11-16-12 for your knee pain. You were rescheduled for 11-21-12 with APN Simmons and he ordered Ibuprofen and Analgesic balm. You were seen by Dr Moore on 11-26-12 and he discussed a knee injection with you. On 11-27-12 Dr Moore ordered Tramadol and Naproxen for you. We regret the delay in your treatment. Your treatment plan concerning knee injection will be referred to Dr Moore for further evaluation. Your grievance has merit but is resolving. If your medical condition changes please address any concerns through the sick call process. "

You disagree with this response in your December 25 appeal because you are still having a problem with providers not taking care of you. You complain that Dr. Moore started you on Tramadol on November 27, but only made it good for one month and you still have pain in your knees.

Your grievance was found with merit and APN Simmons ordered pain medication November 21. The Tramadol ordered by Dr. Moore on November 27, and Dr. Moore noted that he would reordered it on January 10, 2013, but there is no order in your electronic record; therefore, this appeal is with merit.

Wendy Kelley
Director

1/21/13
Date

IGTT420
3GH

B49/B49

Attachment IV

INMATE NAME: Humphrey, Marvin J. ADC #: 137134A GRIEVANCE #: CU-12-02904

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(618) Your 11-21-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you.
You state you were scheduled to see Dr Moore on 11-16-12 but he left before seeing you.
You were scheduled to see Dr Moore on 11-16-12 for your knee pain. You were rescheduled for 11-21-12 with APN Simmons and he ordered Ibuprofen and Analgesic balm. You were seen by Dr Moore on 11-26-12 and he discussed a knee injection with you. On 11-27-12 Dr Moore ordered Tramadol and Naproxen for you. We regret the delay in your treatment. Your treatment plan concerning knee injection will be referred to Dr Moore for further evaluation. Your grievance has merit but is resolving.
If your medical condition changes please address any concerns through the sick call process.

Marie Austin

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Marie E Austin | 12/23/2012 |
|---|---|---|
| | Title | Date |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I Still having problem with healthcare providers for Not takeing care of me. Dr. Moore start me on tremadal on the 11-27-12 and they are out on the 12-27-12. He only made it good for one monthly. I Still have Pain in Knees. I Still have the Same Problem.

| [signature] | 137134 | 12-25-12 |
|---|---|---|
| Inmate Signature | ADC# | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
JAN 4 2013
HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV #: CU-12-02904
Date Received:
GRV. Code #: 6

**Unit/Center** Cummins

**Name** Marvin Humphrey

**ADC#** 137134 **Brks #** 7-B **Job Assignment** inside lawn

11-16-12 (Date) STEP ONE: Informal Resolution

11-21-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I Didn't seen Dr moore and APN Simmons cant help me because he is not allowed to order what I need. or do Inject to my left knee This is cruel and unusual punishment

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ______

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I was layin for Dr. moore, and was Not seen. Becuse Dr. moore left the buiding. He left #11 people siting. this is Very unprofessipnal and this is Cruel and unusual punishment on His part Becuse He is unprofessional about His Job to leave people sitting with Medicare problem that Needs to be take care of. a Serions" medical Need exists if the failure to treat the Need Could result in further significant injury or unnecessary and wanton infliction of PAIN. I seen Dr. Crowell on 10-10-12 and still NO Medicine for Me for PAIN.

Marvin Humphrey
Inmate Signature

11-16-12
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 11-16-12 (date), and determined to be **Step One** and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 11-16-12

Dennis Goins | 5473 | Dennis Goins | 11-16-12
PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received

Describe action taken to resolve complaint, including **dates**: I Apologize for this, you Are rescheduled To Be Seen ~~thursday~~ on Wednesday, 11/21 Per. Matthews R 11/20

[signature] 11-21-12
Staff Signature & Date Returned

Marvin Humphrey 11-21-12
Inmate Signature & Date Received

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? ________ (Yes or No).
Staff Who Received Step Two Grievance: ____________ Date: ________
Action Taken: ____________ (Forwarded to Grievance Officer/Warden/Other) Date: JAN 4 2013
If forwarded, provide name of person receiving this form: ____________ Date: ________

RECEIVED-DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION
HEALTH & CORRECTIONAL PROGRAMS

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J.
FROM: Hall, Lisa Renee
DATE: 11/26/2012

ADC #: 137134A
TITLE: ADC Inmate Grievance Coord
GRIEVANCE #: CU-12-02904

Please be advised, I have received your Grievance dated 11/16/2012 on 11/26/2012 .
You should receive communication regarding the Grievance by 12/26/2012

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ( ) This Grievance will be addressed by the Warden/Center Supervisor or designee.
- (•) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [ ] This Grievance has been determined to be an emergency situation, as you so indicated.
- ( ) This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL ~~or REJECTION OF APPEAL~~

BK-1 / B41

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Kelley, Wendy L TITLE: Deputy Director
RE: Receipt of Grievance CU-12-02904 DATE: 01/07/2013

Please be advised, the appeal of your grievance dated 11/16/2012 was received in my office on this date 01/07/2013

**You will receive communication from this office regarding this Grievance by** 02/20/2013

- ☐ The time allowed for appeal has expired
- ☐ The matter is non-grievable and does not involve retaliation:
  - ☐ (a) Parole and/or Release matter
  - ☐ (b) Transfer
  - ☐ (c) Job Assignment unrelated to medical restriction
  - ☐ (d) Disciplinary matter
  - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☐ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
  - ☐ (a) Unit Level Grievance Form (Attachment 1)
  - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☐ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J.
ADC #: 137134A
FROM: Hall, Lisa Renee
TITLE: ADC Inmate Grievance Coord
DATE: 11/26/2012
GRIEVANCE #: CU-12-02904

Please be advised, I have received your Grievance dated 11/16/2012 on 11/26/2012 .
You should receive communication regarding the Grievance by 12/26/2012

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- This Grievance will be addressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.
- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

ADDITIONAL DOCUMENTS & DUPLICATES WILL NOT BE CONSIDERED AS PART OF YOUR APPEAL

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
JAN 4 2013
HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

INMATE NAME: Humphrey, Marvin J. ADC #: 137134 GRIEVANCE#:CU-12-02987

November 24, 2012, you grieved Aric Wade Simmons ordered medications for your hands on November 21 and you are being denied those medications.

The medical department responded, "You were informed on 11-28-12 that your lotion had arrived from the pharmacy on 11-24-12 and that it was non-issue and had to be given at the pill window. Your grievance is without merit. If your medical condition changes please address any concerns through the sick call process."

You disagree with this response in your Janauary 4 appeal because Nurse Wilson said it was discontinued and you could not get it at the pill window.

Aric Simmons, APN, prescribed Theraderm lotion on November 21 during provider call. Doses were documented as "Administered by Nurse" on November 28 and November 30 before Dr. Moore reviewed the order and discontinued it on December 2, 2012.

Because Dr. Moore did not document why he was discontinuing this medication, nor did Nurse Chance who took the verbal order to discontinue it, I find your appeal with merit. If you still feel you have a medical need for it, please submit a request for interview or a medication request form.

Wendy Kelley
Director

3/1/13
Date

IGTT420
3GH

Attachment IV

INMATE NAME: Humphrey, Marvin J. ADC #: 137134A GRIEVANCE #: CU-12-02987

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(640) Your 12-1-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you.
You stated you are being denied the medications ordered by APN Simmons for your hands.
You were informed on 11-28-12 that your lotion had arrived from the pharmacy on 11-24-12 and that it was non-issue and had to be given at the pill window. Your grievance is without merit.
If your medical condition changes please address any concerns through the sick call process.

Marie Austin

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Marie E Austin — Title

01/03/2013 — Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Nurse wilson said It was Discontinued and couldn't get It at pill window,

Marvin Humphrey — Inmate Signature

137134 — ADC#

1-4-13 — Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
JAN 16 2013
HEALTH & CORRECTIONAL PROGRAMS

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Hall, Lisa Renee TITLE: ADC Inmate Grievance Coord
DATE: 12/03/2012 GRIEVANCE #: CU-12-02987

Please be advised, I have received your Grievance dated 11/24/2012 on 12/03/2012 .
You should receive communication regarding the Grievance by 01/03/2013

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ( ) This Grievance will be addressed by the Warden/Center Supervisor or designee.
- (•) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [ ] This Grievance has been determined to be an emergency situation, as you so indicated.
- ( ) This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature ADC # Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

JAN 16 2013

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV. # CU-12-02987
Date Received: DEC 03 2012
GRV. Code #: U

CUMMINS UNIT GRIEVANCE OFFICE

Unit/Center Cummins

Name Marvin Humphrey

ADC# 137834 Brks # 7-B Job Assignment Inside lawn

11-24-12 (Date) STEP ONE: Informal Resolution

12-1-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: on the 12-01-12 mrs. Wilson. She refuse to give me my moisture Loton for

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ____________

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one:* (medical) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 11-21-12. A.P.N. Aric wade Simmons. Order me medications for my hands and I am Being Denied the medications

I didn't get it any more This is at the Pill window.

RECEIVED-DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION JAN 1 8 2013 HEALTH & CORRECTIONAL PROGRAMS

Marvin Humphrey
Inmate Signature

11-24-12
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 11-24-12 (date), and determined to be **Step One** and/or an Emergency Grievance _______ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving this form: [illegible] Date 11-24-12

CO/M. McMahan 90888 M. McMahan 11-24-12
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: Your Lotion was received from the pharmacy on 11-24-12. It's non-issue you have to come to the pill window to get it. [illegible] 11-28-12

J King 11/28/12
Staff Signature & Date Returned

X Marvin Humphrey
Inmate Signature & Date Received

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? _______ (Yes or No).
Staff Who Received Step Two Grievance: ____________ Date: ________
Action Taken: ____________ (Forwarded to Grievance Officer/Warden/Other) Date: ________
If forwarded, provide name of person receiving this form: ____________ Date: ________

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.



IGTT405
3GT

Attachment V

**ACKNOWLEDGEMENT OF GRIEVANCE APPEAL**
**or REJECTION OF APPEAL**

TO: Inmate Humphrey, Marvin J. ADC #: 137134A
FROM: Kelley, Wendy L TITLE: Deputy Director
RE: Receipt of Grievance CU-12-02987 DATE: 01/17/2013

Please be advised, the appeal of your grievance dated 11/24/2012 was received in my office on this date 01/17/2013

**You will receive communication from this office regarding this Grievance by** 03/04/2013

- ☐ The time allowed for appeal has expired
- ☐ The matter is non-grievable and does not involve retaliation:
  - ☐ (a) Parole and/or Release matter
  - ☐ (b) Transfer
  - ☐ (c) Job Assignment unrelated to medical restriction
  - ☐ (d) Disciplinary matter
  - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☐ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
  - ☐ (a) Unit Level Grievance Form (Attachment 1)
  - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☐ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious