IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARVIN J. HUMPHREY                                                                                        PLAINTIFF
ADC #137134

V.                                      NO: 5:13CV00271 SWW/HDY

CORIZON INC. *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to dismiss (docket entry #37) is GRANTED, Plaintiff's claims against Defendants Wendy Kelley, Marie Austin, Estella Bland, Aric Simmons, and Donna Cecil, are DISMISSED WITHOUT PREJUDICE, and Kelley, Austin, Bland, Simmons, and Cecil, are removed as party Defendants.

2. The motions to dismiss filed by Kelley and Austin (docket entries #12 & #30) are DENIED AS MOOT.

DATED this 15th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE