**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MARVIN J. HUMPHREY                                                                    PLAINTIFF
ADC #137134

V.                                           NO: 5:13CV00271 SWW/HDY

CORIZON INC. *et al.*                                                              DEFENDANTS

## ORDER

For good cause shown, the joint motion to dismiss Defendant Annette Esaw as a party

(docket entry #53) is GRANTED.  Plaintiff's claims against Esaw are DISMISSED WITHOUT

PREJUDICE, and Esaw is removed as a party Defendant.

IT IS SO ORDERED this 17th day of June, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE