# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MARVIN J. HUMPHREY                                                                                          PLAINTIFF
ADC #137134

V.                                          NO: 5:13CV00271 SWW/HDY

CORIZON INC. *et al.*                                                                                    DEFENDANTS

## **ORDER**

For good cause shown, the joint motion to dismiss this complaint (docket entry #58) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 21st day of August, 2014.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE