# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARVIN J. HUMPHREY                                                                                      PLAINTIFF
ADC #137134

V.                                       NO: 5:13CV00271 SWW/HDY

CORIZON INC. *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 21st day of August, 2014.


    /s/Susan Webber Wright
   UNITED STATES DISTRICT JUDGE